# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTY G. MASSEUR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Civil Action No. 23-2129 (RCL)<br><br>**PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

**TO: Douglas C. Dreier, Esq.**
**Assistant United States Attorney**
**601 D. Street, NW**
**Washington, D.C. 20530**
**(202) 252-2551**
**Douglas.Dreier@usdoj.gov**
***Attorneys for Defendant***

**PLEASE TAKE NOTICE** that Siri & Glimstad LLP, attorneys for Plaintiffs, hereby demand that Defendant United States Postal Service ("USPS") produce the following documents within the time and manner prescribed the Court's December 5, 2023 Order (ECF No. 33) and Rule 33 of the Federal Rules of Civil Procedure and Local Civil Rules.

Dated: December 12, 2023

SIRI & GLIMSTAD LLP

/s/ Lisa R. Considine

Lisa R. Considine (*pro hac vice*)
Oren Faircloth (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: lconsidine@sirillp.com
E: ofaircloth@sirillp.com
*Attorneys for Plaintiffs and the FLSA Collective*

**INSTRUCTIONS**

1. These Interrogatories are deemed to be continuing so as to require the Defendant to provide to Plaintiffs' counsel supplemental information if further responsive information is obtained after the Defendant serves its answers upon Plaintiffs' counsel.

2. These Interrogatories are to be construed by the Defendant as broadly as possible, such that the words "and" and "or" as used herein shall be construed as "and/or", so as to give each Interrogatory the broadest possible meaning. Each Interrogatory is to be construed without regard to any gender limitations with respect to the use of pronouns such as "his", "her" or "its".

3. These Interrogatories require you to provide information within your knowledge, and the knowledge of anyone over whom you have control, including without limitation any officer, agent, subsidiary, employee, attorney, insurance company, investigator.

4. If any Interrogatory is not answered or responded to in full, the precise reason for failing to complete the answer or response shall be stated. If the Defendant seeks to raise a legal objection with respect to any Interrogatory, the specific reason(s) for each such objection must be set forth. If only a portion of any Interrogatory cannot or will not be answered, the Defendant shall provide an answer to the fullest extent possible, and set forth the grounds on which the Defendant has omitted information and/or refused to complete the answer.

5. If the Defendant determines that any Interrogatory calls for the production of privileged or work product materials, and the Defendant seeks to assert such privilege, the Defendant is directed to set forth the following:

   a. a statement of the basis for the claim of privilege, work product, attorney/client privilege, or other grounds for non-disclosure;

   b. the reason for withholding the document and/or other information;

c. a description of the document, communication or other thing, including;

(1) the date of the document and/or communication;

(2) if a document, the number of pages, attachments, and appendices;

(3) if a document, the identity of its author or authors or other preparers, the identities of the persons and/or entities to whom such document was directed, the identities of all recipients of any or all copies of such documents, the custodian of the original, and of each copy of each such document;

(4) if a communication, the identity of each person who participated in the communication, the identity of each person who has knowledge of the communication, the identity of each and every person known to have overheard the communication; and

(5) the date and circumstances of the disclosure of the document or communication to any person.

6. The instant requests shall refer to the time period of December 1, 2021 through the present time (the "Relevant Time Period"), unless the request indicates otherwise.

## DEFINITIONS

1. "Plaintiff Masseur" shall mean Plaintiff Christy G. Masseur, the named Plaintiff in this action.

2. "Plaintiff Allen" shall mean Plaintiff Taylor Allen, the named Plaintiff in this action.

3. "Plaintiff George" shall mean Plaintiff Melissa George, the named Plaintiff in this action.

4. "Plaintiffs" shall mean Plaintiff Masseur, Plaintiff Allen, and Plaintiff George, collectively.

5. "Defendant" or "USPS" or "You" shall mean United States Postal Service, and its subsidiaries, divisions, affiliates, predecessors, successors, present and former officers, directors,

partners, principals, employees, representatives, agents, advisors, and all other individuals or entities acting or purporting to act on its behalf.

6. “Lactation Accommodations” shall mean any accommodation related to a nursing employee’s need or request to pump breast milk.

7. “Document” shall mean, consistent with the broadest possible meaning of the term as used in Federal Rule of Civil Procedure 34, a printed, typed, or other graphic matter of any kind or nature however produced or reproduced, whether sent or received, including drafts and copies bearing notations and marks not found on the original, including, but not necessarily limited to, all memoranda, reports, financial statements, notes, transcripts, letters, envelopes, telegrams, cables, telex messages, telephonic messages, reports, notes, notations, memoranda of or relating to telephone conversations and conferences, tabulations, studies, analyses, evaluations, projections, work papers, statements, summaries, opinions, journals, statistical reports, desk calendars, appointment books, diaries, lists, comparisons, questionnaires, surveys, charts, graphs, minutes or transcriptions of any and all meetings, photographs, microfiche, microfilms, tapes, computer tapes, computer disks, diskettes and all other computer data storage formats or other recordings or mechanical reproductions for which information can be obtained and or translated if necessary by the requesting party into usable form, and shall include any Electronically Stored Information (“ESI”), as that phrase is used in Federal Rule of Civil Procedure 34.

8. “Communication” shall mean any transmission of information, regardless of medium.

9. “Concerning” or “Relating to” shall mean reflecting, referencing, regarding, relating to, discussing, describing, concerning, pertaining to, evidencing, containing, constituting, about, and shall be interpreted in their broadest sense.

10. "Or" and "and" means and/or and will be used interchangeably and should be construed so as to give any definition or subject matter the broadest possible meaning.

11. Every Request which seeks "documents" includes but is not limited to electronic media and electronic data.

**INTERROGATORIES**

1. Set forth in detail and with particularity the method by which USPS circulated its memorandum entitled "Postal Service Policy on Accommodation of Pregnant and Nursing Mothers," including the departments and/or personnel to whom it was disseminated.

2. Set forth in detail and with particularity the reason(s) for the issuance of USPS' September 6, 2023 Memorandum "Guidance for Nursing Mothers in the Workplace," including the method by which it was circulated and the departments and/or personnel to whom it was disseminated.

3. State in detail and with particularity the process by which USPS collects and responds to information from employees regarding their needs or requests for Lactation Accommodation.

4. State the policy and/or procedures that govern the intake and recording of employee complaints, including those related to Lactation Accommodations.

5. State in detail and with particularity the actions taken by USPS in response to Plaintiff Masseur, Plaintiff Taylor, and Plaintiff Allen's requests for Lactation Accommodations.

6. Identify the total number of employees of USPS that submitted a Family and Medical Leave Act NALC Form 1 from December 1, 2021 through the present date where "Pregnancy" is selected in response to Question No. 1.

7. Identify the total number of employees of USPS that submitted a Family and Medical Leave Act NALC Form 6 from December 1, 2021 through the date of the search.

8. Describe in detail the actions that USPS took to ensure it was providing Lactation Accommodations to its employees.

9. Set forth in detail and with particularity the functional space provided to employees to pump breast milk at work.

10. If you deny Plaintiffs' Requests to Admit Nos. 6, 7, and/or 8, set forth in detail and with particularity the factual basis for the denial.