**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTY G. MASSEUR, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES POSTAL SERVICE,<br>Defendant. | Civil Action No. 23-2129 (RCL) |

[**PROPOSED] ORDER**

**THIS MATTER**, having been brought before the Court by way of Motion on Notice, by Plaintiffs Christy G. Masseur, Taylor Allen, and Melissa George ("Plaintiffs"), by and through counsel Siri & Glimstad, LLP seeking entry of an Order Compelling Defendant USPS to Provide Discovery; and the Court, having considered the papers submitted in support of and opposition to said Motion, and having heard the argument of counsel (if any); and for good cause show:

**IT IS** on this _______ day of __________, 2024, hereby

**ORDERED** that Plaintiffs' Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that, within thirty (30) days of entry hereof, Defendant USPS is to provide full and complete responses to Plaintiffs' Request for Production Nos. 1 and 3–9, and to Plaintiffs' Amended Interrogatories Nos. 6 and 7. Defendant is warned that failure to comply with this Order may result in sanctions as set forth in Fed. R. Civ. P. 37(b)(2)(A).

SO ORDERED

Date: ___________________, 2024

___________________________
Royce C. Lamberth
United States District Judge